YM

FILED
JANUARY 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 43**

| | |
|---|---|
| **SARKER ASHRAF,**<br><br>        **Plaintiff,**<br>v.<br><br>**RUTH A. DOROCHOFF,** Chicago District Director of the Citizenship and Immigration Services; **MICHAEL CHERTOFF,** Secretary of the U.S. Department of Homeland Security; and **ROBERT S. MUELLER, III,** Director of the Federal Bureau of Investigation,<br><br>        **Defendants.** | CASE NO.<br><br>**JUDGE DOW**<br>**MAGISTRATE JUDGE COLE** |

## COMPLAINT FOR MANDAMUS

Plaintiff SARKER ASHRAF, by and through his undersigned attorney, for his Complaint for Mandamus against Defendants, RUTH A. DOROCHOFF, District Director of the Chicago Office for the U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of Homeland Security; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, allege as follows:

### Nature of the Case and Parties

1. This is a civil action to compel the Chicago District Director of the Office for Citizenship and Immigration Services to adjudicate Plaintiff's Form I-485 Application to Adjust Status ("Application") that was filed on January 2, 2004.  (*See* **Exhibit A-1**).

2. Plaintiff SARKER ASHRAF was born in Bangladesh on January 5, 1973. Mr. Ashraf qualified for his Application as the spouse of a United States citizen, Mrs. Kazal Roy ("Mrs. Ashraf"). Mr. and Mrs. Ashraf were married on March 10, 2003, and currently reside together at 714 Luria Lane in Champaign, Illinois.

3. Defendants are the District Director of the Chicago Office for Citizenship and Immigration Services (the "Service"), the Secretary of the Department of Homeland Security, and the Director of the Federal Bureau of Investigation. They are being sued in their official capacity.

## Jurisdiction and Venue

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1361, and 2201 *et seq.*, and 5 U.S.C. § 701 *et seq.*

5. Venue is proper in this District pursuant to 28 U.S.C. §1391(e) because the events and omissions giving rise to this matter occurred in this District.

## Statement of the Case

6. Mrs. Ashraf filed an I-130 Petition for Alien Relative on behalf of Mr. Ashraf on March 25, 2003 and Mr. Ashraf filed an I-485 Application to Adjust Status on January 2, 2004 based on his marriage to his United States citizen spouse. (*See* **Exhibit A-1 and A-2**).

7. After filing his Petition and Application, Plaintiff attended his Adjustment of Status interview with his wife and counsel on February 8, 2005 in Chicago, Illinois. (*See* **Exhibit A-3**). After the interview with Officer Legacy, the officer indicated to Plaintiff that his application could not be approved because of pending security checks.

8. Since the interview, the background checks do not appear to have been completed, and the Service has not adjudicated the Application. Plaintiff and his attorneys have repeatedly filed inquires with the Service to determine the status of the Application and to request that the Service adjudication the Application. (*See* **Exhibits B – E**).

9. Plaintiff's counsel began filing inquiries on behalf of Plaintiff on March 8, 2005; over one year after his application was filed. (*See* **Exhibit B-1 and B-2**). The Service failed to respond to an inquiry submitted to the Officer and to the Service itself. The Service again failed to respond to another inquiry filed in May 2005. (*See* **Exhibit B-3**).

10. In February 2006, over two years after his application was filed, Mr. Ashraf filed a fourth inquiry through his attorneys. (*See* **Exhibit C-1**). The Service responded to this inquiry in April 2006, indicating that Mr. Ashraf's application was still pending delayed background checks. (*See* **Exhibit C-2**).

11. After waiting an additional three months, Plaintiff's counsel filed another inquiry with the interviewing officer in July 2006. (*See* **Exhibit C-3**). The Officer failed to respond.

12. Three years after the application was filed, Mr. Ashraf's attorneys filed another inquiry with the Service in January 2007. (*See* **Exhibit D-1**). The Service responded the following month, indicating that the background check was still not completed, and the Service could provide no information as to when it would be completed. (*See* **Exhibit D-2**). Two months later, another inquiry was filed in May 2007, but no response was made. (*See* **Exhibit D-3**). Three months later, an inquiry was filed in August 2007, and the Service's response indicated that the background investigation is still pending. (*See* **Exhibit D-4 and D-5**).

13. In around October 2007, Mr. Ashraf sought the assistance of the Office of Richard J. Durbin, U.S. Senator of Illinois.  Senator Durbin's office filed an inquiry on behalf of Mr. Ashraf.   The Service indicated that a decision could not be made on the Application because the FBI check was still pending.  (*See* **Exhibit E-1**).

14. As the above shows, Plaintiff has repeatedly filed inquiries and maintained correspondence with the Service to adjudicate his Application.  Plaintiff filed his Application on January 2, 2004 and his Application has yet to be adjudicated.

15. On information and belief, the normal period prescribed by Defendants to adjudicate an I-485 Application to Adjust Status is six months.  (*See* **Exhibit E-2**).  To date, four years have passed since the Service received Plaintiff's Application.  Nearly three years have passed since Plaintiff had his Adjustment of Status interview in February 2005.

**Claim for Relief**

16. Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. § 701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

17. Defendants willfully and unreasonably have delayed in, and have refused to adjudicate Plaintiff's Application, thereby, depriving Plaintiff of his rights under 5 U.S.C. § 555(b) to the adjudication of his Application in a reasonable time.

18. Defendants owe Plaintiff the duty to act on his Petition and Application within a reasonable time and have unreasonably failed to perform that duty.

19. Plaintiff has made numerous status inquiries in an attempt to secure adjudication of his application.

20. Plaintiff has exhausted any administrative remedies that may exist, and has not caused or contributed to the Service's delay in adjudicating his Application.

**Prayer for Relief**

**WHEREFORE** Plaintiff prays that this Court:

A. Accept jurisdiction and maintain continuing jurisdiction of this Action.

B. Compel Defendant FBI to issue the results of a criminal background and/or name check relating to Plaintiff's Petition and Application to the Service and the Court within sixty (60) days.

C. Compel Defendants Service and District Director to adjudicate Plaintiff's Petition and Application within sixty (60) days.

D. Grant such other and further relief as this Court deems proper under the circumstances.

Dated:  January 2, 2008           s/ Robert C. Milla
                                  Robert C. Milla

                                  KEMPSTER, KELLER & LENZ-CALVO, LTD.
                                  332 S. Michigan Avenue, Suite 1428
                                  Chicago, IL 60604
                                  (312) 341-9730
                                  Attorneys for Plaintiff

5

SARKER ASHRAF

## **EXHIBITS:**

**Exhibits A-1 to A-3**  Copies of Form I-797C Notices of Action, verifying the receipt date of January 2, 2004 for Plaintiff's Form I-485 Application to Adjust Status and March 25, 2003 for Plaintiff's Form I-130 Petition for Alien Relative. Copy of Form I-797 Notice of Action, indicating the date of Plaintiff's interview for his Application as February 8, 2005.

**Exhibits B-1 to B-3**  Copies of correspondence between Plaintiff's counsel and the Service regarding inquiries filed on behalf of Plaintiff in 2005.

**Exhibits C-1 to C-3**  Copies of correspondence between Plaintiff's counsel and the Service regarding inquiries filed on behalf of Plaintiff in 2006.

**Exhibits D-1 to D-5**  Copies of correspondence between Plaintiff's counsel and the Service regarding inquiries filed on behalf of Plaintiff in 2007.

**Exhibits E-1 to E-2**  Copy of correspondence from the Office of the Honorable Richard J. Durbin, U.S. Senator, regarding Plaintiff's application. Copy of most recent application processing times for Chicago, Illinois Office, posted on December 14, 2007 by U.S. Citizenship and Immigration Services.