## THE UNITED STATES OF AMERICA

| Receipt Number:<br><br>MSC-04-160-17318 | Case Type:<br><br>I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|

| Received Date:<br>January 02, 2004 | Priority Date: | Applicant:    A098088843<br>ASHRAF, SARKER |
|---|---|---|

| Notice Date:<br>April 15, 2004 | Page        1 OF 1 | ASC Code:    3 |
|---|---|---|

DIANA BAUERIE
332 S MICHIGAN AVE SUITE 860
CHICAGO IL 60604

Notice Type:          Receipt Notice

Amount Received:          $305.00

**FILED**
**JANUARY 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 43**

**JUDGE DOW**
**MAGISTRATE JUDGE COLE**

The above application has been received.  **Please notify us immediately  if any of the above information is incorrect.**  If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**FINGERPRINTING AND BIOMETRICS-**
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at  **1-800-375-5283** to schedule your appointment.  For TDD hearing impaired assistance, please call  **1-800-767-1833**.

It is important that you schedule your appointment.  If you do not schedule or appear for your appointment, it could cause your application to be denied.  If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
· a passport or national photo identification issued by your country,
· a driver's license,
· a military photo identification, or
· a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



**EXHIBIT**
**A-1**

Form I-797C (Rev. 09/07/93) N                                                                                    5017

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-136-52292 | | CASE TYPE  I130    IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIVED DATE<br>March 25, 2003 | PRIORITY DATE | PETITIONER  A46 358 421<br>ROY, KAZAL |
| NOTICE DATE<br>March 25, 2003 | PAGE<br>1 of 1 | BENEFICIARY<br>ASHRAF, SARKER M. |

DIANA C. BAUERLE ESQ
KEMPSTER KELLER & LENZ CALVO LTD
332 S MICHIGAN AVE SUITE 860
CHICAGO IL 60604

Notice Type:  Receipt Notice

Amount received: $  130.00

Section: Husband or wife of permanent
         resident, 203(a)(2)(A) INA

The above application or petition has been received. It usually takes 250 to 280 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



EXHIBIT
A-2

Department of Homeland Security
U.S. Citizenship and Immigration Services

WN 9·15

I-797C, Notice of Action

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | NOTICE DATE November 04, 2004 |
|---|---|---|
| CASE TYPE FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | A# A 098 088 843 |
| APPLICATION NUMBER MSC0416017318 | RECEIVED DATE January 02, 2004 | PRIORITY DATE January 02, 2004 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

SARKER M A S ASHRAF
c/o DIANA C BAUERIE
332 S MICHIGAN AVE SUITE
CHICAGO IL 60604

#16999
OR 9:45  ✓

PLEASE COME TO: U.S. Citizenship and Immigration Services
230 S. DEARBORN STREET
KLUCZYNSKI FEDERAL BLDG
2ND FLOOR
CHICAGO IL 60604
5

ON:     Tuesday, February 08, 2005
AT:     09:50 AM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

### Who should come with you?

- If your eligibility is based on your marriage, your husband or wife <u>must come</u> with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: <u>Every</u> adult who comes to the interview <u>must</u> bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

### What <u>MUST</u> you bring?

- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring <u>all</u> your Passports and <u>any other</u> documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring <u>all</u> documentation establishing your eligibility for Lawful Permanent Resident status (see below: "What else should you bring?").
- Bring <u>all</u> immigration-related documentation ever issued to you.
- Bring both <u>originals</u> and <u>photocopies</u> of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for <u>each</u> document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

### What else should you bring?

- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate <i>and</i> your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for <u>each</u> of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
    - Your spouse's Birth Certificate <i>and</i> your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
    - If either you or your spouse were ever married before, <u>all</u> divorce decrees/death certificates for <u>each</u> prior marriage/former spouse;
    - Birth Certificates for <u>all</u> children of this marriage, and custody papers for your children and for your spouse's children not living with you;
    - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) <i>and</i> vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns <i>and</i> W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay <i>and</i> average weekly hours, <i>and</i> bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with <u>all</u> required evidence, including the following for <u>each</u> of your sponsors:
    - Federal Income Tax returns <i>and</i> W-2's, or certified IRS printouts, for the past 3 years;
    - Letters from each current employer on company stationery, verifying current rate of pay <i>and</i> average weekly hours, <i>and</i> pay stubs for the past 2 months;
    - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for <u>each</u> arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT,** even if you do not have all the listed items. If an <u>emergency</u>, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps and will affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-

EXHIBIT
A-3

REPRESENTATIVE COPY