# KEMPSTER, KELLER AND LENZ-CALVO, LTD.

ATTORNEYS AT LAW

SUITE 1428
332 SOUTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60604
(312) 341-9730
FAX (312) 341-0399
www.klc-ltd.com

*DONALD B. KEMPSTER
CHERYL LENZ-CALVO
MARTINA M. KELLER

WILLIAM A. QUICENO
THERESA A. CORCORAN
DIANA C. BAUERLE

*ALSO ADMITTED IN INDIANA

OF COUNSEL
DOUGLAS BRISTOL

**FILED**
**JANUARY 3, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 43**

**JUDGE DOW**
**MAGISTRATE JUDGE COLE**



March 8, 2005

Attention: Officer Legacy
U.S. Department of Homeland Security
Citizenship & Immigration Services
230 South Dearborn, 23rd Floor
Chicago, IL 60604

RE:   ASHRAF, Sarker M.A.S.        A98 088 843

Dear Ms. Legacy:

Sarker Ashraf was interviewed in connection with his adjustment of status application on February 8, 2005. On the day of the adjustment interview you continued the case, pending clearance of the FBI name check. It has now been 30 days since the interview date and we have yet to receive any notification regarding the status of Mr. Ashraf's adjustment application.

We ask that you please update our office as to the status of the above-referenced.

Thank you for your cooperation in this matter.

Very truly yours,

Diana C. Bauerle
Attorney at Law

EXHIBIT
8-1



DEPARTMENT OF HOMELAND SECURITY U.S.
Citizenship and Immigration Service
Chicago District Office


MAR 0 9 2005
A-C

STATUS INQUIRY FORM

DATE: _____ March 8, 2005 _____

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: _____ A98 088 843 _____

Name: ___ASHRAF___  ___Sarker___  _____
         Last          First        Middle

Mailing Address: __1513 Hobson Drive__ Apt # __14__

City: __Rantoul__  State: __IL__  Zip Code: __61866__

Daytime Phone Number: __312-341-9730__

Country of Birth: __BANGLADESH__  Date of Birth: __01/05/1973__

___ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
___ Applicant __X__ Attorney ___ CBO

Name: __BAUERLE__  __Diana__  __C__
       Last        First      Middle

Firm/Organization: __Kempster, Keller & Lenz-Calvo, Ltd.__

Mailing Address: __332 S. Michigan Avenue__

Suite # or Apt. #: __1428__

City: __Chicago__ State: __IL__ Zip Code: __60604__

Phone No.: __312-341-9730__

## CORRESPONDENCE INFORMATION

___ Check if telephonic inquiry

Class: __GENERAL__   Request Type (check all that apply): ___ Address Change __X__ General ___ Received Documents

Type of Application (check one):   __X__ Adjustment of Status   ___ Citizenship

FORM FILED (check boxes below that apply):   DATE APPLICATION FILED: __01/02/2004__

___ I-130    __X__ I-485    ___ I-751    ___ I-765    ___ I-824

___ N-336    ___ N-400    ___ N-565    ___ N-600    ___ N-643    Other: _____

REQUEST RESCHEDULE FOR (check one):   ___ Interview   ___ Oath   ___ Fingerprinting

Additional Comments:
Sarker Ashraf was interviewed in connection with his adjustment of status application on February 8, 2005, by Officer Legacy. On the day of the adjustment interview the examiner continued the case, pending clearance of the FBI name check. It has now been 30 days since the interview date and we have yet to receive any notification regarding the status of Mr. Ashraf's adjustment application.

\*\*\*   INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\*   CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: _____   Date: _____

CU Revised 08/14/03

EXHIBIT B-2

## KEMPSTER, KELLER AND LENZ-CALVO, LTD.

ATTORNEYS AT LAW

SUITE 1428
332 SOUTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60604
(312) 341-9730
FAX (312) 341-0399
www.klc-ltd.com

*DONALD B. KEMPSTER
CHERYL LENZ-CALVO
MARTINA M. KELLER

WILLIAM A. QUICENO
THERESA A. CORCORAN
DIANA C. BAUERLE

*ALSO ADMITTED IN INDIANA

May 18, 2005

Attention: Officer Legacy
U.S. Department of Homeland Security
Citizenship & Immigration Services
230 South Dearborn, 23rd Floor
Chicago, IL 60604

RE:   ASHRAF, Sarker M.A.S.   A98 088 843

Dear Ms. Legacy:

Sarker Ashraf was interviewed in connection with his adjustment of status application on February 8, 2005. On the day of the adjustment interview you continued the case, pending clearance of the FBI name check. It has now been 90 days since the interview date and we have yet to receive any notification regarding the status of Mr. Ashraf's adjustment application.

We ask that you please update our office as to the status of the above-referenced.

Thank you for your cooperation in this matter.

Very truly yours,

Diana C. Bauerle
Attorney at Law

cc: Stacey Summers

EXHIBIT B-3