**Janet Rysz**

**From:** Jama ▓
**Sent:** Friday, February 17, 2006 12:21 PM
**To:** Janet Rysz
**Subject:** FW: ASHRAF, Sarker

**FILED**
**JANUARY 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 43**

**JUDGE DOW**
**MAGISTRATE JUDGE COLE**

-----Original Message-----
**From:** Phillips, Delores P [mailto:▓@dhs.gov] **On Behalf Of** CHI-ATTYINQR
**Sent:** Tuesday, February 07, 2006 7:12 AM
**To:** Jama ▓
**Subject:** RE: ASHRAF, Sarker

Dear Attorney,

This is to acknowledge receipt of your email inquiry received today.

Please be advised that we are working on a response to your inquiry and recognize that due to the nature of the case, it may take some time to obtain the information requested. We hope to be able to provide you a response in no later than 90 days.

If you do not receive a reply from this office after 90 days, you may contact our designated point of contact for attorney inquiries, ▓ at ▓.

Sincerely,

F. Gerard Heinauer
Acting District Director

>   -----Original Message-----
>   **From:** Jama ▓ [mailto:▓@klc-ltd.com]
>   **Sent:** Monday, February 06, 2006 5:04 PM
>   **To:** Chi-ATTYINQR
>   **Subject:** ASHRAF, Sarker
>
>   Attached is a form G-28 for your records.
>   <<ASHRAF Scan 02062006.pdf>>
>   Attention: Officer Legacy
>
>   RE: ASHRAF, Sarker M.A.S. A98 088 843
>
>   Dear Ms. Legacy:

2/17/2006

**EXHIBIT C-1**

Sarker Ashraf was interviewed in connection with his adjustment of status application on February 8, 2005. On the day of the adjustment interview you continued the case, pending clearance of the FBI name check. It has now been one year since the interview date and we have yet to receive any notification regarding the status of Mr. Ashraf's adjustment application. We have filed several inquiries, but have not received a response.

We ask that you please update our office as to the status of the above-referenced individual.

Thank You,

**Jama**

*Kempster Keller & Lenz-Calvo, Ltd.*
*332 S. Michigan Avenue, 1428*
*Chicago, IL 60604*
*312-341-9730*
*312-341-0399 (fax)*

2/17/2006

**Rebecca** ▓▓▓

| | |
|---|---|
| **From:** | Erin ▓▓▓ |
| **Sent:** | Wednesday, April 26, 2006 11:36 AM |
| **To:** | Rebecca ▓▓▓ |
| **Subject:** | FW: ASHRAF, Sarker |

-----Original Message-----
**From:** ▓▓▓▓▓[mailto:▓▓▓▓▓@dhs.gov]**On Behalf Of** Chi-AttyResponse1
**Sent:** Wednesday, April 26, 2006 10:20 AM
**To:** Erin ▓▓▓
**Subject:** RE: ASHRAF, Sarker

April 26, 2006

The Law Office of
Kempster Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, 1428
Chicago, IL 60604

Re: A98 088 843 - ASHRAF, SARKER

Dear ▓▓▓▓▓,

The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry. Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your client has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time-period it takes for the results to be electronically submitted to USCIS and updated in our national records.

We understand your frustration in the delaying of the decision, however, in order to fulfill USCIS mission to provide immigration benefits and services to the public, we must balance our obligations to the individual applicant against our obligations to the public, as a whole. While we strive to process applications timely and fairly, we must also ensure that our policies and procedures will safeguard the public. Consequently, we have adopted background security check procedures that address a wide range of possible risk factors, requiring various levels of scrutiny based on the type of application under consideration.

Given the number of applications submitted and the significance of immigration benefits, it is inevitable that some applications will require more attention than others. USCIS relies primarily on three background check mechanisms: the Interagency Border Inspection System (IBIS) name check, the FBI fingerprint check, and the FBI name check. For the vast majority of applicants, these mechanisms allow USCIS to quickly determine whether there are any criminal or security related eligibility issues. In the remaining cases, often referred to as "pending," a match of some kind has been identified and must be resolved before any decision can be made on the petition or application. USCIS does not share with applicants or their representative's information regarding the specific nature of the match or status of any investigation.

**EXHIBIT C-2**

4/26/2006

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an explanation directed to the District Director for consideration with supporting evidence. The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

Sincerely,

F. Gerard Heinauer
Acting District Director



FGH: DEA
Thank you for contacting USCIS Customer Service


-----Original Message-----
**From:** ▓▓▓▓▓ [mailto:▓▓▓▓@klc-ltd.com]
**Sent:** Monday, February 06, 2006 5:04 PM
**To:** Chi-ATTYINQR
**Subject:** ASHRAF, Sarker


Attached is a form G-28 for your records.
<<ASHRAF Scan 02062006.pdf>>
Attention: Officer Legacy

RE: ASHRAF, Sarker M.A.S. A98 088 843

Dear Ms. Legacy:

Sarker Ashraf was interviewed in connection with his adjustment of status application on February 8, 2005. On the day of the adjustment interview you continued the case, pending clearance of the FBI name check. It has now been one year since the interview date and we have yet to receive any notification regarding the status of Mr. Ashraf's adjustment application. We have filed several inquiries, but have not received a response.

We ask that you please update our office as to the status of the above-referenced individual.

Thank You,

**Rebecca**
**From:** Rebecca
**Sent:** Thursday, July 27, 2006 2:47 PM
**To:** Chicago Inquiry (E-mail)
**Subject:** RE: ASHRAF, Sarker A98 088 843

Attention: Officer Legacy

RE: ASHRAF, Sarker A98 088 843

DOB: 1/05/1973

COB: Bangladesh

Dear Ms. Legacy:

Please note that I am a legal assistant for Diana C. Bauerle-the attorney on record for this applicant.

ASHRAF, Sarker.pdf

Sarker Ashraf was interviewed in connection with his adjustment of status application on February 8, 2005. On the day of the adjustment interview you continued the case, pending clearance of the FBI name check. It has now been a year and a half since the interview. We have filed several inquiries, but have only received information that the case was still pending with FBI name checks.

At this time, we kindly request an update on the status of Mr. Ashraf's case.

Sincerely,

Rebecca

Legal Assistant

Kempster, Keller, and Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, Illinois 60604
(312) 341-9730

EXHIBIT C-3