**Jacqueline**

| | |
|---|---|
| From: | Jacqueline |
| Sent: | Tuesday, January 16, 2007 3:10 PM |
| To: | '_____@dhs.gov' |
| Subject: | ASHRAF, Sarker A#98 088 843 |

To whom it may concern:

Please note that our office represents the above-mentioned individual in his immigration case. I am the legal assistant for the attorney on record, Ms. Martina Keller. Attached please find a G-28 for your convenience.



ASHRAF, Sarker G-28.pdf

**FILED**
**JANUARY 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 43**

**JUDGE DOW**
**MAGISTRATE JUDGE COLE**

On May 25, 2005, Officer Legacy interviewed Mr. Ashraf at the Chicago District Office in conjunction with his pending I-485 application. The case could not be approved at that time due to a pending background check. An RFE was also sent out on July 14, 2006 and was returned July 31, 2006. However, to date we have yet to receive any further information on the case.

Please adjudicate the I-485 or update our office at your nearest convenience. If you have any questions with regard to this matter please do not hesitate to contact our office.

Sincerely,

Jackie
Legal Assistant

Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue
Suite 1428
Chicago, IL 60604
312-341-9730
F: 312-341-0399

EXHIBIT D-1

**Jacqueline** ▓▓▓▓

From: CAO PILOT [▓▓▓▓@dhs.gov]
Sent: Friday, February 09, 2007 3:17 PM
To: Jacqueline ▓▓▓▓
Subject: RE: ASHRAF, Sarker A#98 088 843

Dear Ms. ▓▓▓▓

Thank you for your email to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

The processing of your client's case has been delayed. A check of our records establishes that his case is not yet ready for a decision, as the required investigation into his background remains open.

Unfortunately, we are unable to provide you information on when the background check will be completed. Until the background investigation is completed, we cannot move forward on his case. These background checks are required to be completed on all applicants who apply for the immigration benefit he is seeking. We will make every effort to make a decision on this case, as soon as the background checks are completed. If he does not receive a decision, or other notice of action from us within 6 months of the date of this letter, please contact customer service at 1-800-375-5283.

We trust that this information is helpful.

Sincerely,


R.E. DeShazor
Customer Assistance
U.S. Citizenship and Immigration Services

>    -----Original Message-----
>    **From:** Jacqueline ▓▓▓▓ [mailto:▓▓▓▓@klc-ltd.com]
>    **Sent:** Tuesday, January 16, 2007 4:10 PM
>    **To:** Pilot, Cao
>    **Subject:** ASHRAF, Sarker A#98 088 843
>
>    To whom it may concern:
>    Please note that our office represents the above-mentioned individual in his immigration case. I am the legal assistant for the attorney on record, Ms. Martina Keller. Attached please find a G-28 for your convenience.
>
>    <<ASHRAF, Sarker G-28.pdf>>
>
>    On May 25, 2005, Officer Legacy interviewed Mr. Ashraf at the Chicago District Office in conjunction with his pending I-485 application. The case could not be approved at that time due to a pending background check. An RFE was also sent out on July 14, 2006 and was returned July 31, 2006. However, to date we have yet to receive any further information o▓

EXHIBIT D-2

2/9/2007

Please adjudicate the I-485 or update our office at your nearest convenience. If you have any questions with regard to this matter please do not hesitate to contact our office.

Sincerely,

Jackie ███
Legal Assistant

Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue
Suite 1428
Chicago, IL 60604
312-341-9730███
F: 312-341-0399

2/9/2007

**Jacqueline**

| | |
|---|---|
| From: | Jacqueline |
| Sent: | Friday, May 25, 2007 12:55 PM |
| To: | '@dhs.gov' |
| Subject: | ASHRAF, Sarker A#98 088 843 |

To whom it may concern:

Please note that our office represents the above-mentioned individual in his immigration case. I am the legal assistant for the attorney on record, Ms. Martina Keller. Attached please find a G-28 for your convenience.



ASHRAF, Sarker
G-28.pdf

On May 25, 2005, Officer Legacy interviewed Mr. Ashraf at the Chicago District Office in conjunction with his pending I-485 application. The case could not be approved at that time due to a pending background check. An RFE was also sent out on July 14, 2006 and was returned July 31, 2006. However, to date we have yet to receive any further information on the case.

Please adjudicate the I-485 or update our office at your nearest convenience. If you have any questions with regard to this matter please do not hesitate to contact our office.

Sincerely,

Jackie
Legal Assistant

Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue
Suite 1428
Chicago, IL 60604
312-341-9730
F: 312-341-0399

1



EXHIBIT
D-3

**Jessica**
---

From:     Jessica
Sent:     Tuesday, August 28, 2007 4:55 PM
To:     '@dhs.gov'
Subject:     Sarker ASHRAF A98 088 843

To Whom it May Concern:

Please note that our office represents the above-mentioned individual in his immigration case. I am the legal assistant for the attorney on record, Ms. Martina Keller. Attached please find a G-28 for your convenience.


ASHRAF.pdf

On May 25, 2005, Officer Legacy interviewed Mr. Ashraf at the Chicago District Office in conjunction with his pending I-485 application. The case could not be approved at that time due to a pending background check. An RFE was also issued on July 14, 2006 and a response to the RFE was returned in July 31, 2006. To date we have not received a final decision in this matter.

Please adjudicate the I-485 or provide our office with updated status of this case at your nearest convenience. If you have any questions with regard to this matter please do not hesitate to contact our office.

Jessica
Legal Assistant

Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Ave.,
Suite 1428
Chicago, IL 60604

(312) 341-9730
FAX: (312) 341-0399

www.klc-ltd.com

1


EXHIBIT D-4

U.S. Department of Homeland Secur
Washington, DC 20529

 U.S. Citizenship and Immigration Services

HQ CIS 181/48.2-C

Dear Ms. ▮

Thank you for your correspondence dated August 28, 2007, to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

We have researched your client, Sarker Ashraf's case to determine the status of his Form I-485, Application to Register Permanent Residence or Adjust Status. Our records reflect that the processing of his case has been delayed because the required investigation into his background is still in process. Until the background investigation is completed, we cannot move forward on his case.

Please understand that these background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. Attached you will find two enclosures with detailed information regarding why the process exists, how it works, as well as the circumstances when the process can be expedited.

While an exact date for completion of his background check cannot be given at this time, we will make every effort to make a decision on this case as soon as the background checks are complete.

EXHIBIT D-5

Ms. Velez
Page 2

We appreciate your continued patience. If you need additional assistance and/or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our website at www.uscis.gov.

Sincerely,


Sandra Bacote
Customer Assistance Office
Citizenship and Immigration Services

Enclosures: Fact Sheet: "Immigration Security Checks- How and Why the Process Works" USCIS Update: "USCIS Clarifies Criteria To Expedite FBI Name Check"

**CHI 1756 SB**