RICHARD J. DURBIN
ILLINOIS

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON GOVERNMENTAL AFFAIRS

SELECT COMMITTEE ON INTELLIGENCE

ASSISTANT DEMOCRATIC FLOOR LEADER

# United States Senate
## Washington, DC 20510-1304

332 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1304
(202) 224-2152
TTY (202) 224-8180

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-1063

70 NORTH COURT STREET
MARION, IL 62959
(618) 998-8812

www.senate.gov/~durbin

November 1, 2007

**FILED**
**JANUARY 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Sarker Ashraf
714 Luria Lane
Champaign, IL 61822

**08 C 43**

Dear Sarker:

**JUDGE DOW**
**MAGISTRATE JUDGE COLE**

I have received correspondence from the FBI regarding your name check application. They have informed me that your name check is still pending. Please contact me in 30 to 60 days and I will contact the FBI to retrieve an updated status.

I hope this information helps. Thank you for your patience in this matter.

Sincerely,
Tim Sullivan
Office of Richard J. Durbin
United States Senator

RJD/ts

**EXHIBIT E-1**



Home   Contact Us   Site Map   FAQ

Search 

Advanced Search

Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resource | Press Room

[ Print This Page ]   [ Back ]

# U.S. Citizenship and Immigration Services
## Chicago IL Processing Dates
## Posted December 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **Chicago IL** Posted December 14, 2007

| Form | Form Name | Processing Timeframe: |
|---|---|---|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | August 03, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | August 03, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | 7 Mo[nths] |
| N-600 | Application for Certification of Citizenship | August 2[...] |

EXHIBIT E-2

https://egov.uscis.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=16    1/2/2008