YM

**FILED**
**JANUARY 3, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 43**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SARKER ASHRAF
v.
RUTH A. DOROCHOFF, Chicago District Director of USCIS;
MICHAEL CHERTOFF, Secretary of the U.S. DHS; and
ROBERT S. MUELLER, III, Director of FBI

Case Number:

**JUDGE DOW**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SARKER ASHRAF

| NAME (Type or print) |
| --- |
| Robert C. Milla |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Robert C. Milla |
| FIRM |
| Kempster, Keller & Lenz-Calvo, Ltd. |
| STREET ADDRESS |
| 332 S. Michigan Avenue, Suite 1428 |
| CITY/STATE/ZIP |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6290234 IL / 44266 Cook | (312) 341-9730 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐