## United States District Court for the Northern District of Illinois

Case Number: 08cv43

Assigned/Issued By: j. n.

Judge Name: DOW

Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2434531

Date Payment Rec'd: 1-3-08   Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
(Victim, Against and $ Amount)
☐ Writ _____
(Type of Writ)

5   Original and   5   copies on   1-3-08   as to   ATTORNEY GENERAL;
(Date)
MICHAEL CHERTOFF; RUTH A. DOROCHOFF; ROBERT S. MUELLER III; U.S. ATTNY

C:\wpwin80\docket\feeinfo.frm     03/14/05