UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SARKER ASHRAF, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 C 43 |
| | ) | |
| RUTH A. DOROCHOFF, Chicago District | ) | Judge Dow |
| Director of the Citizenship and Immigration | ) | |
| Services; MICHAEL CHERTOFF, Secretary | ) | |
| of the U.S. Department of Homeland Security; | ) | |
| and ROBERT S. MUELLER, III, Director of | ) | |
| the Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/Joan C. Laser
           JOAN C. LASER
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-1994
           Joan.Laser@usdoj.gov