IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SARKER ASHRAF,<br><br>        Plaintiff,<br><br>v.<br><br>RUTH A. DOROCHOFF, Chicago District Director of the Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>        Defendants. | CASE NO. 08 C 00043<br><br>Judge Robert M. Dow, Jr. |

## JOINT STATUS REPORT

**A.**    **The Nature of the Case**

1. The attorney of record for Plaintiff is Robert C. Milla, Esq. of KEMPSTER, KELLER & LENZ-CALVO LTD., 332 South Michigan Avenue, Suite 1428, Chicago, IL 60604. The attorney of record for Defendants is Joan C. Laser, Assistant United States Attorney, 219 Dearborn St., 5th Floor, Chicago, Illinois, 60604.

2. Plaintiff asserts federal jurisdiction pursuant to 28 U.S.C. §1331, 28 U.S.C. §1361, and 5 U.S.C. § 555(b) seeking mandamus relief from the court to compel Defendants to adjudicate Plaintiff's I-485 Application for Adjustment of Status (the "Application"), which was filed on January 2, 2004. Defendants do not concede jurisdiction at this juncture.

3. Plaintiff's claim centers on the allegations of unreasonable delay in the processing and adjudication of the Application pending before Defendant U.S. Citizenship and Immigration Services ("USCIS" or the "Service") (the appropriate branch of the Department of Homeland

Security to resolve his application). To date, the Application has been pending for over four years.

    4. All parties have been properly served.

    5. The principal legal and factual issues are whether this Court has proper subject matter jurisdiction to review Plaintiff's claims to compel agency action on the Application, whether Defendants have a duty to adjudicate the Application, and whether Defendants have violated their duty to adjudicate because of the amount of time that has passed since Plaintiff filed the Application.

    6. Plaintiff seeks relief under the mandamus statute, and pursuant to the Administrative Procedures Act, to compel the adjudication of the Application. Defendant FBI has yet to complete the name check for Plaintiff's application, and Defendant USCIS has yet to render a decision.

    7. No party has requested a jury trial.

**B.** **Proceedings to Date**

    1. The Complaint for Mandamus was filed on January 3, 2008. This case is scheduled for initial status hearing on March 4, 2008 at 9:00 a.m. before the Honorable Robert M. Dow, Jr. There are no pending motions in this case.

**C.** **Discovery**

    1. No discovery has begun and no discovery cutoff has previously been set.

**D.** **Trial**

    1. As settlement discussions are ongoing in this case and discovery has not been conducted, the parties are not prepared to proceed to trial.

2. The parties do not unanimously consent to proceed before a U.S. Magistrate Judge.

**E.**     **Settlement**

1. On February 4, 2008, USCIS issued an Interoffice Memorandum (the "Memo") from Michael Aytes, Associate Director, Domestic Operations, in which the Service announced its revised national security requirements for the adjudication of I-485 Applications for Adjustment of Status. In the Memo, Mr. Aytes provided new guidelines that allow for the Service to adjudicate I-485 Applications without the FBI name check where FBI name checks have been pending more than 180 days.

2. Although under the new guidelines USCIS will now adjudicate I-485 Applications where FBI name checks have been pending more than 180 days, the American Immigration Lawyers Association (AILA) is currently working with USCIS to determine how and when it intends to implement the new guidelines. Given this uncertainty, Plaintiff respectfully recommends to the Court that this matter be continued for 90 days. Defendants do not object to such a continuance.

Respectfully submitted,

By:

s/ Robert C. Milla, Esq.
ROBERT C. MILLA
Counsel for Plaintiff
KEMPSTER, KELLER & LENZ-CALVO
332 S. Michigan Ave, Suite 1428
Chicago, Illinois 60604
(312) 341-9730
robertm@klc.ltd.com

By:

s/ Joan C. Laser
JOAN C. LASER
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4088
Joan.Laser@usdoj.gov

Dated: February 26, 2008.

**CERTIFICATE AND AFFIDAVIT OF DELIVERY ELECTRONICALLY**

I, Robert Milla, hereby certify that on February 26, 2008, I electronically filed JOINT STATUS REPORT with the Clerk of the Court using the CM/ECF system which will send notice of such filing to ECF filers:

USAILN.ECFAUSA@usdoj.gov

Joan.Laser@usdoj.gov

s/ Robert C. Milla_____
Robert C. Milla

KEMPSTER, KELLER & LENZ-CALVO, LTD.
332 S. Michigan Avenue, Suite 1428
Chicago, IL 60604
(312) 341-9730
Attorneys for Plaintiff